UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R&P SEAFOOD/SHELLFISH, INC. & FOUR SEAS, INC.<br><br>Plaintiffs<br><br>v.<br><br>KENNEBUNK SAVINGS BANK,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-cv-10420-MLW<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Kennebunk Savings Bank.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 11th day of May, 2005.

_____
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant,
Kennebunk Savings Bank

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant, Kennebunk Savings Bank, hereby certify that I made service of the foregoing document titled: "Entry of Appearance" via depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

Marc D. Kornitsky, Esq.
Antico, Barrett, Burke & Kornitsky, LLP
One Essex Green Drive
Peabody, MA 01960

Dated at Portland, Maine, this ___ day of May, 2005.

*Lisa Bendetson*
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant,
Kennebunk Savings Bank

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500