UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R&P SEAFOOD/SHELLFISH, INC. & <br> FOUR SEAS, INC. <br><br> Plaintiffs <br><br> v. <br><br> KENNEBUNK SAVINGS BANK, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 05-cv-10420-MLW

## MOTION TO ADMIT JAMES M. BOWIE
### *PRO HAC VICE*

NOW COMES Lisa F. Bendetson, counsel for Kennebunk Savings Bank in the above-captioned matter, and pursuant to L.R.D.Mass. 83.5.3(b) hereby moves as follows:

1.  My name is Lisa F. Bendetson. I certify that I am admitted to practice in this Court. I maintain my practice at Thompson & Bowie, LLP, Three Canal Plaza, Portland, Maine, 04112.

2.  I practice law with attorney James M. Bowie, a founding partner of Thompson & Bowie, LLP. Attorney Bowie is a veteran of countless jury trials in both state and federal court, as well as non jury trials, arbitrations, mediations and administrative hearings.

3.  Attorney Bowie has been a member of the bar of the United States District Court, District of Maine since 1977. L.R.Mass. 83.5.3(b). He is also a member of the Maine bar (1977), the First Circuit Court of Appeals (1980), the United States Supreme Court (1987) and the United States Claims Court (1989).

4.  Attached hereto is a certificate completed by Attorney Bowie, certifying that: 1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; 2) there are no disciplinary proceedings pending against him as a member of the bar in

any jurisdiction; and 3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. See Exhibit A.

5. Attorney Bowie and I have both defended Kennebunk Savings Bank together in litigation in Maine previously and we are both currently defending Kennebunk Savings Bank in a matter now pending in Maine Superior Court, *Portland Shellfish v. Kennebunk Savings Bank*, Docket No. CV-05-87.

6. I have known Attorney Bowie since 1992. His legal skills are superb. He is an exemplary attorney whose integrity is beyond reproach. He is absolutely qualified to practice in this Court.

WHEREFORE for all the foregoing reasons I respectfully pray that this motion be GRANTED and the Court enter an Order permitting Attorney Bowie to appear and practice before this Court in all proceedings regarding the above-captioned action.

Dated at Portland, Maine this ___ day of May, 2005.

*[signature]*
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant, Kennebunk Savings Bank

**THOMPSON & BOWIE, LLP**
Three Canal Plaza; P.O. Box 4630
Portland, ME 04112
(207) 774-2500

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant, Kennebunk Savings Bank, hereby certify that I made service of the foregoing document titled: "Motion to Admit James M. Bowie, Pro Hac Vice" via depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to: Marc D. Kornitsky, Esq., Antico, Barrett, Burke & Kornitsky, LLP, One Essex Green Drive, Peabody, MA 01960.

Dated at Portland, Maine, this ____ day of May, 2005.

*[signature]*
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant, Kennebunk Savings Bank

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R&P SEAFOOD/SHELLFISH, INC. & <br> FOUR SEAS, INC. <br><br> Plaintiffs <br><br> v. <br><br> KENNEBUNK SAVINGS BANK, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-cv-10420-MLW <br> ) <br> ) <br> ) <br> ) |

### RULE 83.5.3. CERTIFICATE IN SUPPORT OF ADMISSION OF JAMES M. BOWIE, *PRO HAC VICE*

NOW COMES James M. Bowie, Esq., and in accordance with L.R.Mass. 83.5.3 hereby declares and certifies as follows:

1. I maintain my law practice at Thompson & Bowie, LLP, Three Canal Plaza, Portland, Maine 04112. I am a founding partner of Thompson & Bowie where I have worked since 1978.

2. I have been a member of the bar of the United States District Court, District of Maine since 1977. I am also a member of the Maine bar (1977), the First Circuit Court of Appeals (1980), the United States Supreme Court (1987) and the United States Claims Court (1989).

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. I am not now, nor have I ever been under any order of disbarment, suspension, or other discipline in any jurisdiction where I have been admitted to practice.


EXHIBIT A

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.   I will be working together with Attorney Lisa F. Bendetson, also of Thompson & Bowie, LLP, throughout the litigation of this matter. Attorney Bendetson is a member of the bar of this Court (BBO#567069).

Dated at Portland, Maine this ___ day of May, 2005.

James M. Bowie, Esq.

**THOMPSON & BOWIE, LLP**
Three Canal Plaza; P.O. Box 4630
Portland, ME 04112
(207) 774-2500

2