**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| R&P SEAFOOD/SHELLFISH, INC. &  )<br>FOUR SEAS, INC.                )<br>                                )<br>   Plaintiffs                   )<br>                                )<br>v.                              )<br>                                )<br>KENNEBUNK SAVINGS BANK,         )<br>                                )<br>   Defendant                    )  | Case No. 05-cv-10420-MLW |

### DEFENDANT'S CONSENT TO TRANSFER TO MAGISTRATE

NOW COMES the Defendant, Kennebunk Savings Bank, by and through its attorneys, Thompson & Bowie, LLP, and pursuant to 28 U.S.C. §§ 636(c)(1) & (3) and Fed.R.Civ.P. 73 hereby consents to the transfer of this matter as follows.

Defendant is in receipt of a Memorandum and Order issued by District Court Judge Mark L. Wolf, requesting that the parties consent to the transfer of this matter to Magistrate Judge Sorokin pursuant to 28 U.S.C. §§ 636(c)(1) & (3). *See* Docket No. 10. In light of Judge Wolf's request, Defendant has no objection.

Dated at Portland, Maine this 26th day of July, 2005.

*/s/ Lisa F. Bendetson*
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant, Kennebunk Savings Bank


*/s/ James M. Bowie*
James M. Bowie, Esq.
Attorney for Defendant, Kennebunk Savings Bank

**THOMPSON & BOWIE, LLP**
Three Canal Plaza; P.O. Box 4630
Portland, ME  04112
(207) 774-2500

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant, Kennebunk Savings Bank, hereby certify that on this date I electronically filed the above submission titled: "Defendant's Consent to Transfer to Magistrate" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Marc D. Kornitsky, Esq., Antico, Barrett, Burke & Kornitsky, LLP, One Essex Green Drive, Peabody, MA 01960.

I hereby certify further that on this date I also deposited true duplicate copies of same, in the U.S. Mail, postage pre-paid to both the Clerk of Court and to Attorney Kornitsky.

Dated at Portland, Maine, this 26th day of July, 2005.

> */s/ Lisa F. Bendetson*
> Lisa F. Bendetson, Esq. (BBO#567069)
> Attorney for Defendant, Kennebunk Savings Bank

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500