IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R & P SEAFOOD/SHELLFISH, INC., and,
FOUR SEAS, INC.
                    Plaintiffs,

v.                                                    CIVIL ACTION NO. 05-cv-10420-MLW

KENNEBUNK SAVINGS BANK,

                    Defendant.

## PLAINTIFFS' CONSENT TO TRANSFER TO MAGISTRATE

NOW COME the Plaintiffs, R&P Seafood/Shellfish, Inc. & Four Seas, Inc. by and through their attorney, Marc D. Kornitsky, Esq. of Antico, Barrett, Burke & Kornitsky LLP, and pursuant to 28 U.S.C. §§ 636(c)(1) & (3) and Fed.R.Civ.P. 73 hereby consent to the transfer of this matter as follows.

Plaintiffs are in receipt of a Memorandum and Order issued by District Court Judge Mark L. Wolf, requesting that the parties consent to the transfer of this matter to Magistrate Judge Sorokin pursuant to 28 U.S.C. §§ 636(c)(1) & (3). See Docket No. 10. In light of Judge Wolf's request, Plaintiffs have no objections.

Dated at Peabody, Massachusetts this 26th day of July, 2005

Marc D. Kornitsky, Esq. (BBO# 564552)
Attorney for Plaintiffs

1

## Certificate of Service

I, Marc D. Kornitsky, attorney for the plaintiffs, hereby certify that I served a copy of this "Plaintiffs' Consent to Transfer to Magistrate" by sending a true copy of same on this date, July 26, 2005, via U.S. Mail, postage pre-paid to: Lisa F. Bendetson, Esq., Thompson & Bowie, LLP, Three Canal Plaza, P.O. Box 4630, Portland, ME 04112.

Marc D. Kornitsky, Esq. (BBO# 564552)
Attorney for Plaintiffs