UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

R&P SEAFOOD/SHELLFISH, INC. ET AL                           Civil Case No. 1:05-10420 LTS
      Plaintiffs
  V.

KENNEBUNK SAVING BANK
      Defendant

NOTICE OF HEARING ON MOTIONS

SOROKIN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on the following motion:

**#4      Motion to Dismiss for lack of jurisdiction**

This hearing will be held on **Wednesday, October 5, 2005 at 11:00am** before Magistrate Judge Leo T. Sorokin in Courtroom # 14 on the 5th floor.

                Sarah Ann Thornton,
                CLERK OF COURT

                By: /s/ Maria Simeone
                Courtroom Deputy
                The Honorable Leo T. Sorokin
                United States Magistrate Judge

Date: September 15, 2005

Notice mailed to: e-filed/all counsel