IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R & P SEAFOOD/SHELLFISH, INC., and,
FOUR SEAS, INC.
          Plaintiffs,

v

CIVIL ACTION NO. 05-cv-10420-MLW

KENNEBUNK SAVINGS BANK,

          Defendant.

## ASSENTED TO MOTION TO CONTINUE HEARING

Now comes the Plaintiffs in the above action who hereby move this Court to continue the hearing scheduled for October 5, 2005 to November 4, 2005.

In support of this Motion, Plaintiff states that their counsel will be unavailable on October 5, 2005 as it is a Jewish holiday and all parties assent to this motion and no prejudice will result.

RESPECTFULLY SUBMITTED,
R&P Seafood/Shellfish, Inc. and Four Seas, Inc.
By their attorneys,
Antico, Barrett, Burke & Kornitsky LLP

 /s/ Mark D. Kornitsky, Esq.
Marc D. Kornitsky, Esq.
One Essex Green Drive
Peabody, MA 01960
(978) 532-5140

ASSENTED TO:
Kennebunk Savings Bank
By its attorneys,
Thompson & Bowie

 /s/ Lisa F. Bendetson, Esq.
Lisa F. Bendetson, Esq.
Three Canal Plaza
Portland, ME 04112-4630
(207) 774-2500