UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R & P SEAFOOD/SHELLFISH, INC., and, ) <br> FOUR SEAS, INC. ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNEBUNK SAVINGS BANK, ) <br> ) <br>     Defendant. ) | Civil Action No.05cv10420-LTS |

ORDER ON MOTION TO DISMISS AND DISCOVERY SCHEDULE

SOROKIN, M.J.                                                                                             November 4, 2005

    Defendant's Motion to Dismiss or in the Alternative to Transfer (Docket #4) is DENIED for the reasons stated on the record in Court and incorporated herein by reference.

    By agreement of the parties, the Court enters the following schedule:

November 14, 2005 for Defendant to file any Third Party Claims

December 1, 2005    For Plaintiffs to make expert disclosures

January 15, 2006    For Defendant to make expert disclosures

March 1, 2006       Close of Discovery

    The Court will hold a status conference on March 1, 2006 at 2:00 p.m. Counsel may appear by telephone provided they so arrange with the Clerk at least one day in advance of the hearing.

                                                                                       /s/ LEO T. SOROKIN
                                                                                       Leo T. Sorokin
                                                                                       United States Magistrate Judge