# THOMPSON & BOWIE, LLP

ATTORNEYS AT LAW
THREE CANAL PLAZA
PORTLAND, ME 04112

ROY E. THOMPSON, JR.
JAMES M. BOWIE
DANIEL R. MAWHINNEY
REBECCA H. FARNUM
FRANK W. DELONG III
MICHAEL E. SAUCIER
MARK V. FRANCO
EDWARD R. BENJAMIN, JR.
CATHY S. ROBERTS
PAUL C. CATSOS
ELIZABETH KNOX PECK
LISA FITZGIBBON BENDETSON
ROBERT C. HATCH
JAMES A. BILLINGS
DALE L. GAVIN
HOLLI J. SAWYER-SINCLAIR
APRIL C. JOYCE

MAILING ADDRESS
P. O. BOX 4630

TELEPHONE (207) 774-2500
FAX (207) 774-3591

E-MAIL ADDRESS
law@thompsonbowie.com

WEBSITE
http://www.thompsonbowie.com

February 16, 2006

NOTIFICATION OF DISCOVERY SERVICE

Sarah A. Thornton, Clerk of Court
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *R&P Seafood/Shellfish, Inc. and Four Seas, Inc. v. Kennebunk Savings Bank*
      Case No. 05-cv-10420-MLW

Dear Ms. Bourget:

This is to notify you that the following discovery paper(s) were served by the undersigned counsel for Defendant Kennebunk Savings Bank on the party(ies) and on the date(s) indicated:

PAPERS:       Notice to Take Deposition of Four Seas
              Notice to Take Deposition of R&P Seafood/Shellfish, Inc.

SERVED ON:    Marc Kornitsky, Esq.

DATE:         February 16, 2006

Please enter this service on the docket in the above-entitled matter.

Very truly yours,

James M. Bowie, Esq.
Bar No. 185
Attorney for Kennebunk Savings Bank

cc:   Marc D. Kornitsky, Esq.
      D. Samuel Anderson, Esq.
      Susan F. Hoctor, Esq.
      Megan M. Manogue, Esq. (938 0029715mmm)
      Alison Danforth