IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R & P SEAFOOD/SHELLFISH, INC., and,
FOUR SEAS, INC.
         Plaintiffs,

v.                                        CIVIL ACTION NO. 05-cv-10420-MLW

KENNEBUNK SAVINGS BANK,
         Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)

Plaintiffs, R & P Seafood/Shellfish, Inc. and Four Seas, Inc., and defendant, Kennebunk Savings Bank ("KSB"), stipulate to the dismissal of Count III and Count IV of the plaintiffs' Complaint with prejudice. Plaintiffs continue to pursue the remaining counts in the Complaint.

Dated at Peabody, Massachusetts, this 12th day of May, 2006.

                                    FOR THE PLAINTIFFS,
                                    R & P SEAFOOD/SHELLFISH, INC. and
                                    FOUR SEAS, INC.,

                                    /s/ Marc D. Kornitsky

                                    Marc D. Kornitsky, Esq.
                                    Antico, Barrett, Burke & Kornitsky LLP
                                    One Essex Green Drive
                                    Peabody, MA 01960
                                    (978) 532-5140
                                    BBO#564552

FOR THE DEFENDANT,
KENNEBUNK SAVINGS BANK,

/s/ Lisa Bendetson
_____
Lisa Bendetson, Esq.
Thompson & Bowie LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112-4630
BBO# 567069