# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R&P SEAFOOD/SHELLFISH, INC. & FOUR SEAS, INC. )  <br><br>Plaintiffs )  <br>)  <br>v. )  <br>)  <br>KENNEBUNK SAVINGS BANK, )  <br>)  <br>Defendant | Case No. 05-cv-10420-MLW |

## JOINT STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter, by and through counsel, and pursuant to F.R.Civ.P. 41(a)(1) stipulate to the dismissal of all claims and counterclaims, with prejudice and without costs.

Dated at Portland, Maine this 7th day of June, 2006.

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

/s/ Lisa F. Bendetson
_____
Lisa F. Bendetson, Esq. (BBO#567069)

/s/ James M. Bowie
_____
James M. Bowie, Esq.
Attorneys for Defendant,
Kennebunk Savings Bank

Dated at Peabody, Massachusetts this 7th day of June, 2006

Antico, Barrett, Burke & Kornitsky LLP
One Essex Green Drive
Peabody, MA 01960
(978) 532-5140

/s/ Marc D. Kornitsky
_____
Marc D. Kornitsky, Esq. (BBO#564552)
Attorney for Plaintiffs,
R&P Seafood/Shellfish, Inc. and
Four Seas, Inc.

## **CERTIFICATE OF SERVICE**

I, Marc D. Kornitsky, attorney for Plaintiffs hereby certify that I made service of the foregoing document titled: "Joint Stipulation of Dismissal" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: James M. Bowie, Esq. and Lisa F. Bendetson, and I hereby certify that on this date I did not mail by the United States Postal Service, said submission to non-registered participants as there are no non-registered participants for this case.

Dated at Peabody, Massachusetts, this 7th day of June, 2006.

/s/ Marc D. Kornitsky, Esq.
_____
Marc D. Kornitsky, Esq. (BBO#564552)


**Antico, Barrett, Burke & Kornitsky LLP**
One Essex Green Drive
Peabody, Ma 01960
(978) 532-5140